FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JUN 2 4 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 20-30068-NJR |
| vs. ) | |
| ) | Title 18, United States Code, Sections 1349, |
| DANNY VAUGHN, ) | 1341, 1343, and 1028A(a)(1) |
| ) | |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**Conspiracy to Commit Mail Fraud and Wire Fraud – 18 U.S.C. § 1349**

1. At all times relevant, **DANNY VAUGHN** was a resident of Centralia, Illinois.

2. From at least October 19, 2017, and continuing until at least December 4, 2018, in Marion County, Clinton County, and St. Clair County, within the Southern District of Illinois, and elsewhere,

**DANNY VAUGHN,**

defendant herein, and others both known and unknown, did willfully and knowingly conspire to commit an offense against the United States, namely to devise and participate in a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, and for the purpose of executing the scheme, and attempting to do so, did knowingly cause fraudulently acquired items to be sent via commercial interstate carrier to overseas addresses, and credit card transactions to be transmitted in interstate commerce by means of wire communications from the Southern District of Illinois to Columbus, Georgia, all in violation of Title 18, United States Code, Sections 1341 and 1343.

3. It was part of the conspiracy and scheme to defraud that other conspirators obtained duplicate credit cards in the names of victims, with the victims' account numbers, and forwarded those credit cards to Vaughn.

4. It was further part of the conspiracy and scheme to defraud that **DANNY VAUGHN** then used and attempted to use the credit cards at local banks to take out cash advances on the victims' accounts.

5. It was further part of the conspiracy and scheme to defraud that **DANNY VAUGHN** also used and attempted to use the credit cards to purchase computers, cell phones, and gift cards from local stores, including Wal-Mart and Best Buy. In doing so, **DANNY VAUGHN** fraudulently misrepresented that he had authority to engage in the transactions that he was conducting and attempting to conduct using the victims' accounts.

6. It was further part of the conspiracy and scheme to defraud that **DANNY VAUGHN** shipped the items purchased using the victims' accounts via FedEx to addresses overseas, including Malaysia.

7. It was further part of the conspiracy and scheme to defraud that **DANNY VAUGHN** also received packages containing fraudulently acquired property at his home in Centralia, Illinois.

8. It was further part of the conspiracy and scheme to defraud that **DANNY VAUGHN** then repackaged and shipped the fraudulently acquired property via FedEx to addresses overseas, including Malaysia.

9. It was further part of the conspiracy and scheme to defraud that **DANNY VAUGHN** also received money via wire transactions and sent a percentage of the funds to individuals located in Nigeria.

10. It was further part of the conspiracy and scheme to defraud that other conspirators created counterfeit checks made payable to Vaughn, which Vaughn then attempted to cash at local banks.

11. In furtherance of and as a foreseeable consequence of the conspiracy, **DANNY VAUGHN** caused materials to be sent via commercial interstate carrier from the Southern District of Illinois to overseas addresses, and credit card transactions to be transmitted in interstate commerce by means of wire communications between the Southern District of Illinois and Columbus, Georgia.

All in violation of Title 18, United States Code, Section 1349.

## COUNT 2

### Mail Fraud – 18 U.S.C. § 1341

1. The allegations contained in paragraphs 3 and 10 of Count One above are re-alleged and incorporated herein as if fully set forth again.

2. From at least October 19, 2017, and continuing until at least December 4, 2018, in Marion County, Clinton County, and St. Clair County, within the Southern District of Illinois, and elsewhere,

**DANNY VAUGHN,**

defendant herein, knowingly devised and engaged in a scheme to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, which scheme is further described in Count One above.

3. On or about May 7, 2018, in Marion County, within the Southern District of Illinois,

**DANNY VAUGHN,**

3

defendant herein, for the purpose of executing the aforesaid scheme, and attempting to do so, did knowingly deposit material to be sent via commercial interstate carrier according to the directions thereon, namely a package containing a drone and five Google Home Max speaker systems, that package being sent from the Southern District of Illinois to a recipient in Sepang, Malaysia;

All in violation of Title 18, United States Code, Section 1341.

## COUNT 3

### Wire Fraud – 18 U.S.C. § 1343

1. The allegations contained in paragraphs 3 and 10 of Count One and paragraph 2 of Count Two above are re-alleged and incorporated herein as if fully set forth again.

2. On or about November 11, 2018, in Clinton County, within the Southern District of Illinois,

**DANNY VAUGHN,**

defendant herein, for the purpose of executing the scheme to defraud charged in Count Two, and attempting to do so, knowingly did cause to be transmitted by means of a wire communication in interstate commerce, from Centralia, Illinois, to Columbus, Georgia, certain signals, namely a credit card transaction made at Wal-Mart at or around 12:23pm in the amount of $1,380.19 using account number ************4091, issued to an individual with the initials J.E.;

All in violation of Title 18, United States Code, Sections 1343.

## COUNT 4

### Wire Fraud – 18 U.S.C. § 1343

1. The allegations contained in paragraphs 3 and 10 of Count One and paragraph 2 of Count Two above are re-alleged and incorporated herein as if fully set forth again.

2. On or about November 11, 2018, in Clinton County, within the Southern District

of Illinois,

DANNY VAUGHN,

defendant herein, for the purpose of executing the scheme to defraud charged in Count Two, and attempting to do so, knowingly did cause to be transmitted by means of a wire communication in interstate commerce, from Centralia, Illinois, to Columbus, Georgia, certain signals, namely a credit card transaction made at Wal-Mart at or around 1:10pm in the amount of $1,380.19 using account number ************4091, issued to an individual with the initials J.E.;

All in violation of Title 18, United States Code, Sections 1343.

## COUNT 5

### Wire Fraud – 18 U.S.C. § 1343

1. The allegations contained in paragraphs 3 to 10 of Count One and paragraph 2 of Count Two above are re-alleged and incorporated herein as if fully set forth again.

2. On or about November 12, 2018, in Marion County, within the Southern District of Illinois,

DANNY VAUGHN,

defendant herein, for the purpose of executing the scheme to defraud charged in Count Two, and attempting to do so, knowingly did cause to be transmitted by means of a wire communication in interstate commerce, from Centralia, Illinois, to Columbus, Georgia, certain signals, namely a credit card transaction made at Peoples National Bank at or around 9:16am in the amount of $203.00 using account number ************4091, issued to an individual with the initials J.E.;

All in violation of Title 18, United States Code, Sections 1343.

## COUNT 6

### Wire Fraud – 18 U.S.C. § 1343

1.   The allegations contained in paragraphs 3 to 10 of Count One and paragraph 2 of Count Two above are re-alleged and incorporated herein as if fully set forth again.

2.   On or about November 12, 2018, in St. Clair County, within the Southern District of Illinois,

**DANNY VAUGHN,**

defendant herein, for the purpose of executing the scheme to defraud charged in Count Two, and attempting to do so, knowingly did cause to be transmitted by means of a wire communication in interstate commerce, from Fairview Heights, Illinois, to Columbus, Georgia, certain signals, namely a credit card transaction made at Best Buy at or around 11:13am in the amount of $1,950.29 using account number ************4091, issued to an individual with the initials J.E.;

All in violation of Title 18, United States Code, Sections 1343.

## COUNT 7

### Wire Fraud – 18 U.S.C. § 1343

1.   The allegations contained in paragraphs 3 to 10 of Count One and paragraph 2 of Count Two above are re-alleged and incorporated herein as if fully set forth again.

2.   On or about November 12, 2018, in St. Clair County, within the Southern District of Illinois,

**DANNY VAUGHN,**

defendant herein, for the purpose of executing the scheme to defraud charged in Count Two, and attempting to do so, knowingly did cause to be transmitted by means of a wire communication in interstate commerce, from Fairview Heights, Illinois, to Columbus, Georgia, certain signals,

namely a credit card transaction made at Best Buy at or around 11:19am in the amount of $2,166.99 using account number ************4091, issued to an individual with the initials J.E.;

All in violation of Title 18, United States Code, Sections 1343.

## COUNT 8

### Wire Fraud – 18 U.S.C. § 1343

1. The allegations contained in paragraphs 3 to 10 of Count One and paragraph 2 of Count Two above are re-alleged and incorporated herein as if fully set forth again.

2. On or about November 12, 2018, in St. Clair County, within the Southern District of Illinois,

**DANNY VAUGHN,**

defendant herein, for the purpose of executing the scheme to defraud charged in Count Two, and attempting to do so, knowingly did cause to be transmitted by means of a wire communication in interstate commerce, from Fairview Heights, Illinois, to Columbus, Georgia, certain signals, namely a credit card transaction made at Best Buy at or around 11:29am in the amount of $2,708.73 using account number ************4091, issued to an individual with the initials J.E.;

All in violation of Title 18, United States Code, Sections 1343.

## COUNT 9

### Wire Fraud – 18 U.S.C. § 1343

1. The allegations contained in paragraphs 3 to 10 of Count One and paragraph 2 of Count Two above are re-alleged and incorporated herein as if fully set forth again.

2. On or about November 12, 2018, in St. Clair County, within the Southern District of Illinois,

**DANNY VAUGHN,**

defendant herein, for the purpose of executing the scheme to defraud charged in Count Two, and attempting to do so, knowingly did cause to be transmitted by means of a wire communication in interstate commerce, from Fairview Heights, Illinois, to Columbus, Georgia, certain signals, namely a credit card transaction made at Best Buy at or around 11:46am in the amount of $2,600.39 using account number ************4091, issued to an individual with the initials J.E.;

All in violation of Title 18, United States Code, Sections 1343.

## COUNT 10

### Wire Fraud – 18 U.S.C. § 1343

1. The allegations contained in paragraphs 3 to 10 of Count One and paragraph 2 of Count Two above are re-alleged and incorporated herein as if fully set forth again.

2. On or about November 12, 2018, in St. Clair County, within the Southern District of Illinois,

**DANNY VAUGHN,**

defendant herein, for the purpose of executing the scheme to defraud charged in Count Two, and attempting to do so, knowingly did cause to be transmitted by means of a wire communication in interstate commerce, from Fairview Heights, Illinois, to Columbus, Georgia, certain signals, namely a credit card transaction made at Best Buy at or around 12:00pm in the amount of $1,950.29 using account number ************4091, issued to an individual with the initials J.E.;

All in violation of Title 18, United States Code, Sections 1343.

## COUNT 11

### Wire Fraud – 18 U.S.C. § 1343

1. The allegations contained in paragraphs 3 to 10 of Count One and paragraph 2 of Count Two above are re-alleged and incorporated herein as if fully set forth again.

2. On or about November 12, 2018, in St. Clair County, within the Southern District of Illinois,

**DANNY VAUGHN,**

defendant herein, for the purpose of executing the scheme to defraud charged in Count Two, and attempting to do so, knowingly did cause to be transmitted by means of a wire communication in interstate commerce, from Fairview Heights, Illinois, to Columbus, Georgia, certain signals, namely a credit card transaction made at Best Buy at or around 12:24pm in the amount of $6,067.58 using account number ************4091, issued to an individual with the initials J.E.;

All in violation of Title 18, United States Code, Sections 1343.

### COUNT 12

### Wire Fraud – 18 U.S.C. § 1343

1. The allegations contained in paragraphs 3 to 10 of Count One and paragraph 2 of Count Two above are re-alleged and incorporated herein as if fully set forth again.

2. On or about November 12, 2018, in St. Clair County, within the Southern District of Illinois,

**DANNY VAUGHN,**

defendant herein, for the purpose of executing the scheme to defraud charged in Count Two, and attempting to do so, knowingly did cause to be transmitted by means of a wire communication in interstate commerce, from Fairview Heights, Illinois, to Columbus, Georgia, certain signals, namely a credit card transaction made at Best Buy at or around 12:43pm in the amount of $864.65 using account number ************4091, issued to an individual with the initials J.E.;

All in violation of Title 18, United States Code, Sections 1343.

## COUNT 13

### Wire Fraud – 18 U.S.C. § 1343

1. The allegations contained in paragraphs 3 to 10 of Count One and paragraph 2 of Count Two above are re-alleged and incorporated herein as if fully set forth again.

2. On or about November 14, 2018, in Marion County, within the Southern District of Illinois,

**DANNY VAUGHN,**

defendant herein, for the purpose of executing the scheme to defraud charged in Count Two, and attempting to do so, knowingly did cause to be transmitted by means of a wire communication in interstate commerce, from Centralia, Illinois, to Columbus, Georgia, certain signals, namely an attempted credit card transaction made at Peoples National Bank at or around 10:35am in the amount of $453.00 using account number ************4091, issued to an individual with the initials J.E.;

All in violation of Title 18, United States Code, Sections 1343.

## COUNT 14

### Wire Fraud – 18 U.S.C. § 1343

1. The allegations contained in paragraphs 3 to 10 of Count One and paragraph 2 of Count Two above are re-alleged and incorporated herein as if fully set forth again.

2. On or about November 14, 2018, in Clinton County, within the Southern District of Illinois,

**DANNY VAUGHN,**

defendant herein, for the purpose of executing the scheme to defraud charged in Count Two, and attempting to do so, knowingly did cause to be transmitted by means of a wire communication in

interstate commerce, from Centralia, Illinois, to Columbus, Georgia, certain signals, namely an attempted credit card transaction made at Wal-Mart at or around 11:03am in the amount of $200.00 using account number ************4091, issued to an individual with the initials J.E.;

All in violation of Title 18, United States Code, Sections 1343.

## COUNT 15

### Aggravated Identity Theft – 18 U.S.C. § 1028A(a)(1)

On or about November 11, 2018, in St. Clair County, within the Southern District of Illinois,

**DANNY VAUGHN,**

defendant herein, knowingly possessed and used, without lawful authority, a means of identification of another person, namely credit card number ************4091 issued to an individual with the initials J.E., the defendant's possession of that means of identification was during and in relation to a felony violation enumerated in 18 U.S.C. § 1028(c), namely wire fraud, and the defendant knew that the means of identification belonged to another actual person.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

**A TRUE BILL**

LUKE J. WEISSLER
Assistant United States Attorney

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: $10,000 unsecured